No. 03–259.  HENDERSHOT ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 03–270.  ALABAMA-COUSHATTA TRIBE OF TEXAS v. TEXAS. C. A. 5th Cir.  Certiorari denied.

No. 03–276.  LOMBARDO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–299.  ZAVALIDROGA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–302.  BOWMAN v. ROBINSON, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION.  Sup. Ct. Ill.  Certiorari denied.

No. 03–5001.  GOFF v. BUTLER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–5002.  HILL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–5003.  HOBEREK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–5004.  FISHER v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 03–5005.  FERQUERON v. CURTIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–5006.  IGLESIAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5007.  FAVA v. STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 03–5008.  GARMON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5009.  HARVEY v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 03–5010.  GIBSON v. REESE, WARDEN.  C. A. 8th Cir. Certiorari denied.